℁GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.    1:24-CR-1-001(LAG) |
| **ROCIO JIMENEZ** | |

On January 14, 2022, the supervised release period of 5 years commenced. Rocio Jimenez has complied with the rules and regulations of supervised release; has met the criteria for early termination, as outlined in the *Guide to Judiciary Policy*, Volume 8, Part E (Post-Conviction Supervision) [Monograph 109], Chapter 3, as approved by the Administrative Office of the United States Courts; and is no longer in need of supervision. It is accordingly recommended that Rocio Jimenez be discharged from supervision.

Respectfully submitted,

*Jennifer Fowler*

Jennifer T. Fowler
Drug and Alcohol Treatment Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___9th___ day of ___February___, 2026.

*Leslie Abrams Gardner*

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE